IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PRO SE CIVIL COMPLAINT

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2013 MAR 12 PM 12: 1

OFFICE OF THE CLERK

Case No. 8:13CV82

(the court will assign a number)

I. **CASE CAPTION:** Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption. The court will **not** consider a claim against any defendant who is not listed in the caption.

A. Plaintiff(s) Name(s):   Address(es):   Telephone No. (only if you are NOT a prisoner)

Ruth C. Coleman   1724 N 33rd St   (402) 502-2325

B. Defendant(s) Name(s):   Address(es) If known:

Valarie Jass

Brenda Tacke   Council Bluffs, IA

**RECEIVED**

(Attach extra sheets if necessary.)   MAR 1 2 2013

CLERK
U.S. DISTRICT COURT
OMAHA

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A. **When** did the events occur?

October, 2010 (Correct date is in my case file)

B. **What** happened?

I was told by BRENDA TACKE that VALARIE JASS wanted to see me in her office at 3pm. No Reason was given. At 3pm I entered Ms. Jass's office, BRENDA TACKE was seated there. Ms. JASS asked me to be seated, she shut door. And she immediately leaned close to my face from across the table and yelling! Telling how many times I had be tardy to worked. Stated I had been warned (Not true) She said the very next time I was I would be terminated. Her loud tone never changed. I was shocked way she was acting. Reason being I told her the Reason why when

**II. STATEMENT OF CLAIM(S)** (continued)

She first stated at Correct Care Solutions, and BRENDA TACKE knew my medical problem. Ms. Jass stated she was fine as long I completed my Job duties once I arrived, I also told her I would keep her informed of All my Doctor Appts and Dr findings.

I fell on the Ice on Douglas County Corrections Property, wrote up Report. Severed a Fracture, foot (L) Later developed pain severe in my hips, known for being late, had to sit on ICE PACKS each morning to sometime move from my bedroom – take A pain pill. So This made me late to catch city transit bus. I would ALWAYS call and let staff know I'd be at least 20 mins late. She (Valarie Jass) NEVER said a word for months regarding me being TARDY. To continue the meeting conversation, which was one sided, she did all the yelling. During The WHOLE Time BRENDA TACKE NEVER SAId a word Nor looked at ME! One Can't understand I hurt this causes another human being.

Cont'd

Cont'd

Note: My pain Resulted in Major Back Surgery first part of ~~Jan Sorry~~ November 3rd 2010

Ruth Coleman
1724 North 33rd Street
Omaha, Ne 68111

Ms Jass continued on about my tardiness and days missed. Still leaning over table in my face. Then in a very Anger told she stated to me and I quote "That's why half the population are in Jail Now, for taking drugs." I then in a Normal tone stated she knew why I was taking a pain pill. She then stated mybe you can't even perform your duties on drugs. I simly listen from then on. I was too Anger to speak! Looked at Brenda Tacke from moral support, Not a word from her. Ms Jass's last surprising and hurt comment was and Again The Quote, "Maybe you Are too OLD be working for this Company Anyway." Meeting over Returned to my desk Shocked & upset, was being consoled by Dr Wilkinson and Valarie screamed get to work Instead of gossiping I stated wasn't gossiping. She left Room, Returned told me very loudly and Angerly to get my belonging and leave the Blg. Asked If was fired 3 times, she stated NO. But she and Brenda Tacke walked me all the way out of the Building. f! Also I had a coworker age 73! I 65

## V. RELIEF

State briefly what you want the court to do for you.

I want the witness (BRENDA TACKE) to be brought to court under oath and tell the Truth. This being Valare Jass made age discrimation Remark to me! I want to compensated by Corrected Care Solutions for this made me Retire, had planned to work at least 1-2 more years after Surgery, Mental problem I went thru - See Be Strong @ UNMC - Cont'd

## VI. EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

A. Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

Yes __X__    No _____

B. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

To the NEOC - (Believe) 12/2010 - File NEB 7/10/11-12-41923-RD My claims were in writing and over the phone, which were Recored at last once for Appx 45 mintues. This Also went TO FEPA AND ADA NEOC in ST Louis to MR Joseph Wilson.

C. If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

Contd - pg 1

Relief pg 6 — note: I will attest to All under OATH.

The incident with VALARIE JASS could have been handled in a much more understanding and human way. Instead she chose to belittle me by treating me as if I was a five year old. How demeaning as I was 65. Talking about my age and threating me with it, by her statement. Also too be compared to An Inmate because of medication prescribed to me was Awful. I felt Abused. All this have an effect on my nerves. In mean time, Appx a month later I get a call at work from Neurosurgeon. Back Sugery was Already scheduled for me. Thats how serious my pain was — MRI showed my spine was slipped out of line. Between this news and incident with Valarie Jass and Brenda Tacke I was A Nervous wreck. I forgot to go and Apply for Medicare PART B which would have help cover hospital costs. I wasn't going to retire for Appx 1-2 years after Surgery Sugery. But could not longer work for Correct Care Solutions/BRENDA TACKE who denied Age statement was even said to me. I asked her briefly why, stated "Sorry that was A week ago And I forgot, Sorry." I left it alone.
FRANKIE ALLEN, HR Generalist at Correct Care stated by case closed because Valarie Jas And Brenda Tacke stated age statement was never said. And I was to Refrain from discussing this with other employees including the witness.

5/8/13

Cont'd - pg 2

I worked in self contained anger til I decided to retire in December. Have my Back Surgery and not Return. Needed to continue working to be bill free and have more money in my 4K Account.

With Not filing for Medicare the whole amount of Hospital stay Surgery was on me. Can't begin to tell you how hard and long I had to go thru Hospital help and medicare this to get this paid. The stress got the better of me along with and anger Psych MD increased my medications - Cymbalta and placed me on KLONOPIN. It helped at times to talk with me. But when you know something was said and done to you - It consumed you on a daily basis. I think being made to leave work — walked out like a child, placed in a corner and I 65 years old!

But I Returned that monday morning holding my head high — but with anger and hurt. Coworkers were great. Many lies are told in my file I Read example - I never left Valarie Jass office and screamed, disturbing coworker, only spoke to Dr Wilkinson at my desk quietly, with her telling me "it's ok Ruth and sorry, she noticed something was wrong." Few days later a meeting took placed and we were informed Valarie Jass would be leaving us — No explanation. For Appx 2 years I tried to get some satisfaction for what I went through. Ruth Thomas

VII. ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE? (check one):

JURY _____       JUDGE __X_____

VIII. VERIFICATION

**I (we) declare under penalty of perjury that the foregoing is true and correct.**

Date(s) Executed:        Signature(s) of Plaintiff(s):

3/8/13                   Ritch C. Coleman

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS. Also, if there is more than one plaintiff in the case who wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to proceed in forma pauperis.**

Page 6 of 6

### III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

_____ United States or a federal official or agency is a party

__X__ Claim arises under the Constitution, laws or treaties of the United States

__X__ Violation of civil rights

__X__ Employment discrimination

_____ Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

_____ Other basis for jurisdiction in federal court (explain below)

I believe Valaerie Jaes is A Racist, Reason— two other employees she haerissed till they quit (one in tears) were Black.

### IV. STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claim arise in Nebraska?

Don't clearly understand — But yes this claim was in Nebr

Keith Coleman
1734 N 33rd St
Omaha NE 68111

United States District Court
Roman L. Hruska US Courthouse
111 S. 18th Plaza, Suite 1152
Omaha NE 68102-1322

RECEIVED
MAR 12 2013
CLERK
U.S. DISTRICT COURT
OMAHA

