IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUTH C. COLEMAN, | ) | 8:13CV82 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CORRECT CARE SOLUTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Amended Complaint. (Filing No. 7.) On August 8, 2013, the court conducted an initial review of Plaintiff's Complaint. In this initial review, the court determined that Plaintiff had not filed a copy of her right-to-sue notice from the Equal Employment Opportunity Commission ("EEOC"). (Filing No. 6.) On the court's own motion, the court gave Plaintiff 30 days in which to file a copy of her right-to-sue notice or amend her Complaint to allege that she filed suit within 90 days of her receipt of a right-to-sue notice from the EEOC. (*Id.* at CM/ECF pp. 3-4.) To date, Plaintiff has not filed a copy of her right-to-sue notice, and her Amended Complaint does not allege that she filed suit within 90 days of her receipt of a right-to-sue notice from the EEOC. (*See* Filing No. 7.) Accordingly,

IT IS THEREFORE ORDERED that:

1.  Plaintiff will be given 20 days to show cause why this case should not be dismissed for her failure to file suit within 90 days of her receipt of a right-to-sue notice. In order for this matter to proceed, Plaintiff must show either that she filed suit within 90 days of receipt of a right-to-sue notice, or that equitable or exceptional circumstances exist that warrant tolling of the 90-day period.

     2.     The court directs the Clerk of the court to set the following pro se case management deadline in this matter: October 29, 2013: Deadline for Plaintiff to show cause.

     3.     The court reserves the right to conduct further review of Plaintiff's claims pursuant to 28 U.S.C. § 1915(e)(2) after Plaintiff addresses the matters set forth in this Memorandum and Order.

     DATED this 11th day of October, 2013.

     BY THE COURT:

     *s/ John M. Gerrard*
United States District Judge

---

     *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.